SMITH STORAGE AND CARTING CORPORATION, Respondent, v. DIRECTOR-GENERAL OF RAILROADS, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and printed briefs and pay to respondent's attorney ten dollars by May twelfth.

EDDIE MILLER, Respondent, v. EDWARD KRATTS, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and printed brief and pay to respondent's attorney ten dollars by May fifth and be ready to argue appeal as soon thereafter as reached.

ALFRED J. FARNETT, Respondent, v. DAVIS WALLBRIDGE, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and printed briefs and pay to respondent's attorneys ten dollars by May twelfth and be ready for argument on May fifteenth.

PEARL J. HANCOCK PROVANCHA, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment affirmed, with costs. All concur.

LEVI CARPENTER, JR., Respondent, v. HATTIE C. WISE, Individually, and Others, as Executors, etc., Appellants, Impleaded with THE CITY OF WATERTOWN, Respondent.— Appeal dismissed, without costs. All concur.

LEVI CARPENTER, JR., Appellant, v. HATTIE C. WISE, Individually, and Others, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements, upon condition, however, that the plaintiff give a new stipulation to be ready for trial at the next Equity Trial Term of the Supreme Court in Jefferson county, or, at the option of the defendants, that the case be referred to an official referee for immediate hearing, the referee to be agreed upon by the parties, or if not agreed upon, to be appointed by the court upon five days' notice. If such stipulation is not given within two days after service of this order, the order appealed from is reversed, with ten dollars costs and disbursements, and the motion to dismiss the complaint granted, with ten dollars costs. All concur.

LELIA B. EVERITT, Respondent, v. CHARLES H. EVERITT, Appellant.— Order affirmed, with ten dollars costs and disbursements. Deposition pursuant to the notice to be taken on the 18th day of May, 1922, at ten A. M. All concur.

GLENN GRIMES, Appellant, v. MARION GRIMES, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

CHARLES SALZMAN, Appellant, v. IROQUOIS NATURAL GAS COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, except the provision relating to the referee, and the motion is denied, with ten dollars costs. Deposition pursuant to the notice to be taken on the 17th day of May, 1922, at ten A. M. All concur.

AMERICAN TISSUE MILLS, Respondent, v. GEORGE IRISH PAPER COMPANY, Appellant.— Order, so far as it denies the application to require filing of security for costs, reversed, and motion granted in that respect. In all other respects the order is affirmed, without costs of this appeal to either party. All concur.